ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                      )
                                                 )
Kinsley Construction, Inc.                       )   ASBCA No. 63914
                                                 )
Under Contract No. W912QR-20-C-0049              )

APPEARANCES FOR THE APPELLANT:        Robert J. Symon, Esq.
                                      Sabah K. Petrov, Esq.
                                        Bradley Arant Boult Cummings LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      James M. Inman, Esq.
                                        Engineer Trial Attorney
                                        U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice, with each party to pay its own fees and costs.

Dated: January 23, 2025

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63914, Appeal of Kinsley Construction, Inc., rendered in conformance with the Board's Charter.

Dated: January 23, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services